2-12-25

Office of the Clerk
Reginald Draughn
Inmate No - 0082158
Case No - 25-531

To the Clerk and Judge Wolson I'm writing because of this endless nonsense I've been here 6 going on 7 months And they have ordered the so called eualuation which was taken care of at my motion to dimiss in August of 2024. But now they have one sceduled for the 21st of Febuary And two court dates have passed that I was never informed of or aware of and another on the 18th right before said eualuation. But I've sent you some documentation to help you further understand the turpitude of these peoples behavior. And since this letter might reach you first I thought I would send it knowing you have other cases and the counselor here Mr Izwalt has'nt got around to seeing me And I've seen him serveral times And it's now going on two weeks. That being said I thought I would
→ over

reach out and let you know the name of their game is delay and prolong the outcome of this situation. It is the most pathetic and unprofessional behavior by people I've ever seen. With no regard for anyone's time.

Thank you

Reginald Dayton

Reginald Draughn
50 Wawaset Road.
West Chester, Pa. 19382

Office of the Clerk
United States District Court
Philadelphia, Pa. 29106-9865

PHILADELPHIA PA
19 FEB 2025 PM 7 L

RECEIVED
FEB 24 2025