2-15-25

Office of the Clerk

Reginald Draughn
Inmate-No-0082158
Case-25-531
To-Clerk and Judge Wolson
RE Letters to Judge Thomas P. McCabe
Pennsylvania Department Corrections,

I'm writing you in regards to me being incarcerated today 6 months it will be officially on the 18th of Febuary. But what I'm writing about is deprivation of rights and your disregard for mine. I spoke to Mr. Barkawi on the 13th and informed him that the mental competency evaluation that you ordered twice was suspose to tak place on the 21st of Febuary and because we have a up coming trial date could he see can he move it forward to proceed with trial. Of course he was no help. like the entire time I've been here. That's why I'm asking you to see what you can do to finally put this thing to rest. I will be forwarding a copy of this same letter to Pennsylvania Department of Corrections, District Court. So that we are all up to speed.    Thank You  Reginald Draughn



Resynald Donushn
50 Wawaset Road
West Chester, Pa. 19382

CHESTER COUNTY PRISON
P.O. Box 247
Phoenix, MD 21131

Office of the Clerk
United States District Court
Philadelphia, Pa. 19106-9865