IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REGINALD DRAUGHN, : | |
|     Plaintiff, : | |
| : | |
| v. : | Case No. 2:25-cv-0531-JDW |
| : | |
| THOMAS P. MCCABE, *et al.*, : | |
|     Defendants. : | |

### ORDER

AND NOW, this 28th day of February, 2025, because Plaintiff Reginald Draughn failed to file a certified copy of his prisoner account statement for the six-month period prior to the filing of this civil action on January 29, 2025, as required by 28 U.S.C. § 1915(a)(2), it is **ORDERED** that Mr. Draughn's Motion to Proceed *In Forma Pauperis* (ECF No. 16) is **DENIED WITHOUT PREJUDICE**.

If Mr. Draughn seeks to proceed *in forma pauperis*, then on or before April 4, 2025, he shall file a certified copy of his prisoner account statement showing all deposits, withdrawals, and a current balance, from any correctional facility in which he was confined during the time period from July 29, 2024, to January 29, 2025. Alternatively, he can proceed by submitting $405 (comprising the $350 filing fee and $55 administrative fee) to the Clerk of Court on or before April 4, 2025.

If I grant Mr. Draughn leave to proceed *in forma pauperis*, he will still have to pay the $350 filing fee in installments pursuant to 28 U.S.C. § 1915(b), even if this case is dismissed.  He will not be entitled to the return of any payments made toward the fee.

2

If Mr. Draughn fails to comply with this Order, I may dismiss this case without further notice for failure to prosecute.

**BY THE COURT:**

*/s/ Joshua D. Wolson*

**JOSHUA D. WOLSON, J.**