# Office of the Clerk
United States District Court

Reginald Draughn
inmate No- 0082158
CASE - No - 25 -

To the Clerk and Judge-Wolson
I don't Know what this does for
my case but I've been told that
Judge McCabe has recused himself
and my public defender is no longer
Assigned to my case, But no one has
dealt with the issue of releasing
me. I've forwarded you a copy of
the August motion to dismiss already
and still hope to finalize these two
suits because it's absolutely ridiculous
to have to put up with this amount
of madness. In modern day America.

                                    Thank You
                                    Reginald Draughn

If your court can grant
me relief sooner I would
Apperate it,



Reginald Dinaushn
500 Waumset Road
West Chester, Pa. 19382

PHILADELPHIA PA 190

27 FEB 2025    PM 9  L

RECEIVED
MAR - 3 2025

Office of the Clerk
United States District Court
Philadelphia, Pa. 19106-0965

U.S.M.S.
TRAY