IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REGINALD DRAUGHN,** :  | |
|    Plaintiff, : | |
| : | |
| v. : | Case No. 2:25-cv-0531-JDW |
| : | |
| **THE HONORABLE THOMAS** : | |
| **P. MCCABE, et al.,** : | |

### ORDER

AND NOW, this 31st day of March, 2025, upon statutory screening pursuant to 28 U.S.C. § 1915A, it is **ORDERED** as follows.

1. The Clerk Of Court shall add Chester County Prison as a Defendant.

2. The Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915A(b) for the reasons stated in the accompanying Memorandum.

3. Mr. Draughn's claims against Thomas McCabe, Sameer Barkawi, and Chester County Prison are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. 1915A(b) and for the reasons stated in the accompanying Memorandum.

4. On or before May 9, 2025, Mr. Draughn may file an amended complaint. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Mr. Draughn's claims against each defendant.  The amended

complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim. When drafting his amended complaint, Mr. Draughn should be mindful of my reasons for dismissing the claims in his initial Complaint. Upon the filing of an amended complaint, the Clerk shall not make service until I so order.

5. The Clerk Of Court shall send Mr. Draughn a blank copy of the Court's form complaint for a prisoner filing a civil rights action bearing the above civil action number. Mr. Draughn may use this form to file his amended complaint if he chooses to do so.

6. If Mr. Draughn does not wish to amend his Complaint and instead intends to stand on his Complaint as originally pled, then on or before May 9, 2025, he may file a notice with the Court stating that intent, at which time I will issue a final order dismissing the case. Any such notice should be titled "Notice to Stand on Complaint," and shall include the civil action number for this case.

7. If Mr. Draughn fails to file any response to this Order, I will conclude that Mr. Draughn intends to stand on his Complaint and will issue a final order dismissing this case.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**